IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| ZURICH INSURANCE COMPANY and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. |
| v. | ) ) ) | 2:14cv593-MHT (WO) |
| ALABAMA ELECTRIC COMPANY INC. OF DOTHAN and NATIONAL TRUST INSURANCE COMPANY, | ) ) ) ) ) | |
| Defendants. | ) | |

**JUDGMENT**

Pursuant to the joint stipulation of dismissal (doc. no. 70) and Federal Rule of Civil Procedure 41(a)(1), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety without prejudice and with the parties to bear their own costs.

All pending motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case remains closed.

DONE, this the 12th day of October, 2017.

/s/ Myron H. Thompson  
**UNITED STATES DISTRICT JUDGE**